# Exhibit 6

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| THOMAS E. SANTONI | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:20-cv-00975 |
| | ) | |
| SARAH ELIZABETH MUELLER AND | ) | JURY TRIAL DEMANDED |
| DOES #1-3, INCLUSIVE | ) | |
| | ) | Judge Eli Richardson |
| Defendants. | ) | Magistrate Jeffery S. Frensley |

## DECLARATION OF NICOLE J. MONSEES

Pursuant to 28 U.S.C. § 1746, I, Nicole J. Monsees, hereby declare as follows:

1. I am an attorney duly licensed to practice law in the states of Maryland, Florida, and the District of Columbia. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would testify competently to those facts under oath.

2. On May 26, 2020, the day George Floyd was tragically killed, I was corresponding under the Twitter handle, @break_taking (the account name was changed to, and is currently @deed_doer), with a friend on Twitter who goes by the Twitter handle, @cbouzy. We were discussing the viral video footage that had been recently posted that showed a white woman named, Amy Cooper, in Central Park, calling 911 and falsely reporting that a black man was threatening her, which had also occurred the same day.

3. I recall that at some point in the conversation, another Twitter user under the handle @MiraLaguna8 appeared to be defending Amy Cooper's actions, and got into a debate with me regarding whether or not Amy Cooper had a valid civil cause of action. The @MiraLaguna8 Twitter account tweeted at me: "*Dear, I just spent months talking to top lawyers in NYC and a CEO was*

1

*fired because of it. Let me know when you have the balls to use your real name.*"

4. Shortly thereafter, a different Twitter handle, @sarahelizab370, in the same conversation thread, continued to brag about having gotten a "top-CEO" fired using the same attorney and law firm previously mentioned by @MiraLaguna8. I checked the two accounts and posted screen captures of the dubious claims, and @sarahelizab370 falsely then accused me of stalking her, because I had read and reposted her public tweets. I deduced that, in my opinion, @sarahelizab370 and @MiraLaguna8 were the same person, who had lost track of which account she was tweeting from.

5. I took screenshots of the Tweets that I found suspicious and that were indicative of my suspicion that @sarahelizab370 and @MiraLaguna8 were in fact the same person and posted them in the Twitter thread to my friend, @cbouzy. Then @sarahelizab370 and @MiraLaguna8 blocked me.

6. My friend, @cbouzy, is Christopher Bouzy, the creator of Bot Sentinel, an online tool that tracks fake Twitter accounts.

7. It now appears that the relevant Tweets from both the @sarahelizab370 and @Miralaguna8 accounts in this conversation have been deleted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of May, 2021.

_____
Nicole J. Monsees

STATE OF MARYLAND
COUNTY OF MONTGOMERY, to wit:

Sworn to and subscribed before me by Nicole J. Monsees, who is personally known to me, on this ____ day of May, 2021.

_____(SEAL)
Signature of Notary Public
My Commission Expires: 0-13-23

2