Collective Exhibit  7

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

**From:** Sarah Elizabeth (via Twitter) (notify@twitter.com)

**To:** nategreene1775@yahoo.com

**Date:** Friday, November 30, 2018, 08:39 PM CST

🛡 External images are now more secure, and shown by default. **Change in Settings**



## Sarah Elizabeth sent you a Direct Message.

I knew that was you! I don't want
you to leave Twitter…even if you are
too busy to post every day. I'm just
going to make you 5 accounts from
Arizona so Twitter thinks you live out
West and you'll be around to give
me a hard time. I'm joking but I
would so you can Tweet freely. I read
people are using Google numbers to
get past the number verification with
cell phones. My friend is back…that
evil woman is gone…and I smiled
tonight. That's all that matters to me

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 2 of 152 PageID #: 170003



at the moment. Have a good evening. 😊

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Yahoo Mail - Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

11/7/20, 2:30 PM

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From: Sarah Elizabeth (via Twitter) (notify@twitter.com)

To: nategreene1775@yahoo.com

Date: Saturday, December 1, 2018, 08:07 PM CST

🛡 External images are now more secure, and shown by default.  **Change in Settings**





## Sarah Elizabeth sent you a Direct Message.

I don't ever do this but you've always found me on Twitter and I know your privacy is important to you with your views. Here is how you can find me if you are not on Twitter anymore. I don't think you will leave though - you like to debate. Put them in your contacts in case this account gets suspended….lol…I don't need your number or name. I feel like I can trust you. You know where to find me and I'm always your friend if you need one. Cell:

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 4 of 152 PageID #: 172    00005

480-886-8432 Email: sarah.mueller3770@gmail.com Thank you for not judging me like that woman was. I have a lot of interests and needs besides politics and I obviously set her off by posting about them on Twitter. She actually got to me a little bit. I've never wanted to get married and have never wanted kids. This left me with a great ability to have strong male/female friendships and women go after me frequently for it. I was sort of expecting a lecture from you for fighting with her but it didn't come. I know my life would be a lot easier if I just settled down with a man who wanted to "provide" for me. I'm not the Scottsdale trophy woman. I would be bored…I need more and I know I have a lot of love to offer. Thanks for not judging me for being open to it in the next couple of years. I've worked hard to make big changes in my life and stay true to myself over the last year. It's not easy. Take care…Republican Alpha. I get a kick out of you.

**Reply**

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From: Sarah Elizabeth (via Twitter) (notify@twitter.com)

To: nategreene1775@yahoo.com

Date: Saturday, December 8, 2018, 01:32 PM CST

🛡️ External images are now more secure, and shown by default. **Change in Settings**



## Sarah Elizabeth sent you a Direct Message.

I'm good. I hiked up Camelback Mountain today and it kicked my ass. I'm out of shape from this past year but it feels good to be moving again. I miss you on Twitter.

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Yahoo Mail - Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

11/7/20, 2:28 PM

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From: Sarah Elizabeth (via Twitter) (notify@twitter.com)

To: nategreene1775@yahoo.com

Date: Monday, December 10, 2018, 04:26 AM CST

🛡 External images are now more secure, and shown by default.   **Change in Settings**



## Sarah Elizabeth sent you a Direct Message.

Hi...Thanks...The Carefee/Boulders area is my favorite so far. More wildlife and out of the "noise." It's really pretty North of Scottsdale and more nature centered. I want to check out Pinnacle Peak next. If you are out slaying dragons this week with your work, be good to yourself.

**Reply**

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 7 of 152 PageID #: 175

Yahoo Mail - Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

11/7/20, 2:28 PM

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From: Sarah Elizabeth (via Twitter) (notify@twitter.com)

To: nategreene1775@yahoo.com

Date: Sunday, December 16, 2018, 12:58 PM CST

External images are now more secure, and shown by default. **Change in Settings**



## Sarah Elizabeth sent you a Direct Message.

How are you?😊

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:     nategreene1775@yahoo.com

Date:   Monday, December 17, 2018, 01:02 PM CST

🛡  External images are now more secure, and shown by default.   **Change in Settings**





# Sarah Elizabeth sent you a Direct Message.

I'm good. I was working on my Christmas cards Sunday and it occurred to me I'll have to send you a Christmas DM…lol. You can read it when you have time. Just sampling the different Christmas attractions around Scottsdale and trying to relax a bit from a long year. I want my Mom to come out for Christmas next year and I'll know where to take her. Take care out there.

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 9 of 152 PageID #: 10077010



Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 10 of 152 PageID #: 178

## Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:   nategreene1775@yahoo.com

Date:   Sunday, December 23, 2018, 12:32 PM CST

---

🛡 External images are now more secure, and shown by default.   **Change in Settings**





# Sarah Elizabeth sent you a Direct Message.

Since you have put up with a lot of from me and Twitter over the past year, I wanted to send you a Christmas message to let you know I have grown to believe you are a great man behind your Twitter accounts. To be honest, six months ago I would not be writing this. I used to click on your Nathan Hale account even when I was not following you just to be argumentative. I made you into someone not to like because I

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 11 of 152 PageID #: 1092

thought you were just a pompous ass and I was going through a difficult time. One day I saw you post on Twitter to FishingForTruth about meeting with your financial advisor and having heart surgery and I physically had a reaction to you I wasn't expecting. I got tears in my eyes and it hurt me to read you went through that. I don't want anything to happen to you. I decided to try and see the man behind your words. I think you are super intelligent. You question ideas and ways of thinking. You love to read and know so much about history, politics, travel, food, cooking and music. You love animals and wildlife. You are a self-made man who I feel suffered a loss in your Mom. You've made me laugh. You are alpha like a wolf with the pride, heart and roar of a lion. I have noticed these things in between our Twitter battles. You are a really strong man. You've honestly messed with my head a bit because I've let you challenge my stubborn nature and it's cracked me open a little. I'm grateful for that. I have a lot of walls in my life that don't need to be so high now that I am living somewhere that I love. I have questioned why you always find me on Twitter. Sometimes I think Twitter is a game to you, sometimes I think you have

felt sorry for me (please don't) and sometimes I think you are a little drawn to me and my friendship. Regardless, two people who would normally block each other after a few insults and forget the other existed didn't. Many people on Twitter your followers and fights have not wanted us to be friends. Wherever you are in the future, please know you have a friend in the desert…someone who has seen the 'unfiltered' version of you for a year and decided she admired the man behind the screen. I hope that counts for something in this crazy, selfish world. Merry Christmas 🎄 🎄 🎄 Sarah

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

## Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:     nategreene1775@yahoo.com

Date:   Sunday, December 23, 2018, 12:32 PM CST

---

🛡️ External images are now more secure, and shown by default.   **Change in Settings**



# Sarah Elizabeth sent you a Direct Message.

Since you have put up with a lot of from me and Twitter over the past year, I wanted to send you a Christmas message to let you know I have grown to believe you are a great man behind your Twitter accounts. To be honest, six months ago I would not be writing this. I used to click on your Nathan Hale account even when I was not following you just to be argumentative. I made you into someone not to like because I

thought you were just a pompous ass and I was going through a difficult time. One day I saw you post on Twitter to FishingForTruth about meeting with your financial advisor and having heart surgery and I physically had a reaction to you I wasn't expecting. I got tears in my eyes and it hurt me to read you went through that. I don't want anything to happen to you. I decided to try and see the man behind your words. I think you are super intelligent. You question ideas and ways of thinking. You love to read and know so much about history, politics, travel, food, cooking and music. You love animals and wildlife. You are a self-made man who I feel suffered a loss in your Mom. You've made me laugh. You are alpha like a wolf with the pride, heart and roar of a lion. I have noticed these things in between our Twitter battles. You are a really strong man. You've honestly messed with my head a bit because I've let you challenge my stubborn nature and it's cracked me open a little. I'm grateful for that. I have a lot of walls in my life that don't need to be so high now that I am living somewhere that I love. I have questioned why you always find me on Twitter. Sometimes I think Twitter is a game to you, sometimes I think you have

felt sorry for me (please don't) and sometimes I think you are a little drawn to me and my friendship. Regardless, two people who would normally block each other after a few insults and forget the other existed didn't. Many people on Twitter your followers and fights have not wanted us to be friends. Wherever you are in the future, please know you have a friend in the desert…someone who has seen the 'unfiltered' version of you for a year and decided she admired the man behind the screen. I hope that counts for something in this crazy, selfish world. Merry Christmas 🎄 🎄 🎄 Sarah

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Yahoo Mail - Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

11/7/20, 2:11 PM

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:     nategreene1775@yahoo.com

Date:   Tuesday, December 25, 2018, 03:55 PM CST

✅ External images are now more secure, and shown by default.   **Change in Settings**



# Sarah Elizabeth sent you a Direct Message.

Be well...Merry Christmas! 🎄

**Reply**

**Settings** | **Help** | **Opt-out** | **Download app**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 17 of 152 PageID #: 185

## Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:     nategreene1775@yahoo.com

Date:   Thursday, December 27, 2018, 04:02 PM CST

---

 External images are now more secure, and shown by default.   **Change in Settings**





# Sarah Elizabeth sent you a Direct Message.

Hey… Thank you for the messages and music you sent to me. The songs were beautiful. The song 'Beautiful' broke me and I rarely let anything break me. I listened to them all evening long and woke up in the middle of the night from crying in my sleep. You got me good. For a man to see me in the lyrics of music they love is special to me and I won't forget it. The title of the album is 'Afraid of the Sunlight' and I moved to Arizona to start being in the sun to

heal. I saved the music to my collection. I do feel a connection with you. You are the third person who has made a comment to me over the holidays that I am different. I'm honestly just a woman trying to stay soft in a world of aggressive people. Women are so hard and aggressive now on the left and the right. You should hear the way women talk when men are not around about getting what they want. It makes me uncomfortable. Women always lash out at me…I don't know. I'm not what people assume. I lived in California for seven years and never once stepped into a bar. I'm really introverted and I can't deal with BS. I'm not some young hard body. I really want to stay feminine and sensitive. How have I stayed soft? Wildlife and animals. You can't work around and help wildlife without being authentic. Rescuing and rehabbing wildlife saved my life during a very abusive time for me with my Father and men who just wanted to use me. I had an amazing childhood. I would not change a thing. It was straight out of a storybook from the perfect holidays to a new car in the driveway on my 16th Birthday. My Father changed after I became an adult and I've endured a lot of physical,

emotional and verbal abuse. It's the reason I decided I never want to get married or have children. I think I'm the opposite of daddy issues. I learned to shut it all down. It almost killed me – but I don't live in that space anymore. Learning about wildlife issues and rehabbing wildlife keeps me soft. I don't like to be around a lot of people and I give my love to them. In return, wildlife gave me the gift of razor sharp observation, intuition, and reflexes. I feel deeply. I gave them the gift of being wild and free. The ones I couldn't save - I gave them the gift of a painless and private death away from humans. It's why I understand you. I think you are primal, solitary, and ruthless when you have to be. I think you survived. An alpha you can't tame. It's why I have lashed out at you like a feral cat - I knew you could see me. It doesn't mean I was not listening though. I think Arizona will be good for me. Everything you could ever need is in Scottsdale with so much to do. It's a place that exists with nature for escape and I love the desert. The people who live here year round are really nice and older. If my Alpha exists, he's going to be a man that's grounded, intelligent, lets me grab his arm when we are out because I'm sick of

crowds and want to go home, a man who cracks a smile when he texts me and finds out I snuck away to photograph wild horses, a man that sits with me by a backyard fire pit with good conversation, who needs the most comfortable chair to read and enjoy his solitude, who calls me "baby" when I walk into the room at the end of the day because he needs me to take care of him like a man and be sensitive…that's my Alpha…and if he doesn't exist, I still think it's a beautiful dream. I enjoy a little bit of Twitter because it keeps me connected to what's going on. I don't think anything of the online thing because I've dealt with and communicated with knowing people online for work. It's just another form of communication to me. I don't think anything of it because people are behind a screen. I hope you reach out and touch me whenever your need to. To be raw and honest, I have thought about how my destiny would have been different if I had met you when I lived in California. I think I would have changed my mind about wanting to have a baby. I'm grateful for your words and opinions. I think you are real, and good, and strong. I hope you always find me in the music you love. I care about you as a man and you are in my heart.



Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 22 of 152 PageID #: 190 00923

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:   nategreene1775@yahoo.com

Date:   Thursday, December 27, 2018, 09:41 PM CST

External images are now more secure, and shown by default.   **Change in Settings**



## Sarah Elizabeth sent you a Direct Message.

I love both the songs...you can send me music anytime. Just feeling a little exposed and raw at the moment...and quiet with the end of the year and everything. I really enjoy your taste in music.

**Reply**

Settings | Help | Opt-out | Download app

## Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From: Sarah Elizabeth (via Twitter) (notify@twitter.com)

To: nategreene1775@yahoo.com

Date: Saturday, December 29, 2018, 04:34 PM CST

🛡 External images are now more secure, and shown by default. **Change in Settings**





# Sarah Elizabeth sent you a Direct Message.

Hey "Beautiful" and "Neverland" are my favorite Marillion songs. I love the chimes (?) at the end of "Neverland." I'm falling asleep to his music at night and I keep waking up in the middle of the night crying in my sleep. My sensitive self is going to need a new pillow. I did not see that coming. Again, thank you for sharing your music with me. Marillion's lyrics are beautiful and emotional…and real. If someone like you sees me in any of his songs, I'm

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 24 of 152 PageID #: 192   00925

lucky. I know things are going to get busy for people now that the holidays are coming to an end and it will be a new year. Please don't ever leave Twitter. Even if you don't have time to post or if you are arguing with the evil harpies, I can look at your account, lean into what a strong man you are and breathe a little easier when I need to. I won't ever ask you to feel sorry for me. You might think I'm nuts…but I think you will understand. Have a good weekend.

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Yahoo Mail - Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

11/7/20, 2:09 PM

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:  Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:  nategreene1775@yahoo.com

Date:  Sunday, December 30, 2018, 01:08 AM CST

🛡️ External images are now more secure, and shown by default.  **Change in Settings**



## Sarah Elizabeth sent you a Direct Message.

> I don't cry from Marillion's music over anything I don't have. I could show you a text on my phone with a man wanting me to go to Thailand in January and trying to get me to say 'yes' with the elephants there. He sends me music playing when he first saw me in a restaurant in San Diego years ago. Most women around me would jump on the chance to be taken on a trip like that. I roll my eyes and blow it off because my Alpha would call and

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 26 of 152 PageID #: 9427

ask for a trip like that. He's got my number to text me. I can't be bought. Maybe, I am an idiot. I honestly don't get caught up in the money game for a relationship. I don't care if a man makes $200,000.00 or a million dollars. I would treat him the same. I don't need country club memberships. If I am going to settle down it will be because I connect with someone. I honestly think about the love I have to give to a man more than what I will get in return…because a huge part of me battles with the idea that I am worth anything. To be honest, I never cared much about looking for a partner until this last year. My Mom is getting older and she is basically the only family I have. I moved to a place where I feel I can be more open. It's easy to avoid relationships when you are moving frequently etc. Most of my friends rushed to get married because they wanted children or wanted double incomes. I never had that urgency. I am older now…I think I'm probably a little older than you think I am. So…If I am going to be open to spending the second half of my life with a man, I just want it to be someone I connect deeply with. Who I can trust. I would love for all the things you wrote to become a reality…it sounds like a

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 27 of 152 PageID #: 195

dream…I would give a man like that my life, beg for him when he made love to me. I'm just not sure it exists and if it does, I don't know if he will he find me. I don't dwell on it. But if he does I will wrap him up in so much love and be grateful every day. Marillion makes me cry because I have lived with a lot of pain for a long time, that I need to let go of. I have a Father that does not care if I am dead or alive. I even left Facebook to get away from him. He joined Facebook and befriended many people I know and talks to them in front of me like life is grand and does not acknowledge me. It's very long and ugly story and I saved myself. It's why I like Twitter. I don't want to dump on you though. You are an amazing man…you are the rare one…not me.

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 28 of 152 PageID #: 196

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:   nategreene1775@yahoo.com

Date:   Sunday, December 30, 2018, 03:36 AM CST

✅  External images are now more secure, and shown by default.   **Change in Settings**





# Sarah Elizabeth sent you a Direct Message.

BTW...I am in my 40's. I'm no spring chicken. I probably look younger than I am - men in AZ have asked me if I moved here to go to Arizona State. Maybe it pays not to be a raging woman in the antiaging department - if I am lucky. I just want the best life for the second half of my life...and if there is anything all the heartache and abuse because of my has taught me...itTake Care

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 29 of 152 PageID #: 197    000730

Yahoo Mail - Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

11/7/20, 2:08 PM



Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:     nategreene1775@yahoo.com

Date:   Monday, December 31, 2018, 03:20 AM CST



🛡 External images are now more secure, and shown by default.   **Change in Settings**

## Sarah Elizabeth sent you a Direct Message.

The Marillion song "After Me" is the most beautiful song I've ever heard. I spent a year of my life living in San Diego when I was younger. It was 1989. Have a Happy New Year.

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 31 of 152 PageID #: 00982

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:     nategreene1775@yahoo.com

Date:   Tuesday, January 1, 2019, 02:27 AM CST

✅ External images are now more secure, and shown by default.   **Change in Settings**



## Sarah Elizabeth sent you a Direct Message.

Thank you...Happy New Year 🥂

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 32 of 152 PageID #: 2003

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:     nategreene1775@yahoo.com

Date:   Sunday, January 6, 2019, 06:01 PM CST

 External images are now more secure, and shown by default.   **Change in Settings**





## Sarah Elizabeth sent you a Direct Message.

> Hey… I was up in Sedona this week to clear my head for the New Year and I pondered on a few things you wrote me. First, You wrote me that Liberals see the world the way it should be. I honestly see the world exactly the way it is. It's why I decided not to have children. As far as I'm concerned the human race can do themselves in with how we act and disrespect an overpopulated, polluted planet. Life can go back to being in a natural

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 33 of 152 PageID #: 2013

state with wildlife thriving. I'm not leaving a planet to a child and I don't owe all the self-entitled children people are raising anything. I love wildlife. I've never asked my own Father for anything as an adult and yet I survived and thrived enduring 20+ years of horrible, abusive behavior from him and his right-wing wife and her friends. They are very connected with a powerful pastor in Houston, Ed Young of Second Baptist Church. They have put me through hell and I have never gone down on their level. There is a fine line in letting people know the story of your life and how it shapes you and just keeping it to yourself. Second, I thought the best days of my life were when I was living in Laguna Beach rescuing marine mammals. I was devastated when life took a different turn. I don't feel that way anymore. You seem like a really deep, intelligent person underneath that gruff exterior. Cool and edgy. You are not toxic masculinity. I actually think you are a very feeling man. I hope you are still going to Marillion concerts and doing things that make YOU happy outside the suburban Houston rat race. I know it well. You are so worth it. I wish this for you. You are still young. I have Harpies on the left

mad at me because I'm not acting feminist enough. I have Rightwing women judging me for not being married. These same conservative women are not even smart enough to realize I'm the one who has listened to them tell me their favorite part of the day is when their husband is backing out of the driveway each morning and their children return to school after summer vacation for years. Both are Alpha women and I don't fit their molds and agendas. I don't want to hate men and I don't want to take men for granted. I won't get down in the dirt with either side. I think in the long run, my best days are ahead of me...the world still needs real Beta women that are not pushovers… soft, sensual, fun loving, and cool with a bit sass. If this is what men see in me, why men tell me I am different, and why women hate on me then I am on the right path for the second half of my life. Thanks for all the things you have made me think about…I know I am a misfit that most people will never understand. Be well out there in 2019. I adore you underneath that gruff exterior.

**Reply**

Yahoo Mail - Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

11/7/20, 2:05 PM

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From: Sarah Elizabeth (via Twitter) (notify@twitter.com)

To: nategreene1775@yahoo.com

Date: Sunday, January 6, 2019, 06:04 PM CST

External images are now more secure, and shown by default. **Change in Settings**



## Sarah Elizabeth sent you a Direct Message.

By the way, I've been listening to more Marillion in my free time. One day I will play this song for my Alpha...it's AMAZING and not a sappy love song. It's a song for an Alpha. https://t.co/uuLYJavtCJ

**Reply**

Settings | Help | Opt-out | Download app

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 36 of 152 PageID #: 20037

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:  Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:  nategreene1775@yahoo.com

Date:  Thursday, January 10, 2019, 01:41 PM CST

External images are now more secure, and shown by default.  **Change in Settings**



## Sarah Elizabeth sent you a Direct Message.

You don't have to apologize. I understand. I drove into Sedona last week with Marillion playing, rolled the windows down in my SUV and let the cold air in on my face. It felt so good. Be well my friend.

**Reply**

Settings | Help | Opt-out | Download app

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 37 of 152 PageID #: 205

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:     nategreene1775@yahoo.com

Date:   Sunday, January 13, 2019, 08:44 PM CST

---

🛡 External images are now more secure, and shown by default.   **Change in Settings**





## Sarah Elizabeth sent you a Direct Message.

I won't take the meteor showers and stars out here for granted. The full moons are beautiful and light up the whole sky. It's my dream to have a home that backs up to the desert so I can have a fire pit in the backyard, drink wine and make s'mores at night under the stars like the dork that I am. Some people may think it's a simplistic dream but it makes me happy. ✨ Thanks for thinking of me. I'm sure you are busy. Have a good week – Take care of yourself.

---



**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:     nategreene1775@yahoo.com

Date:   Monday, January 14, 2019, 07:08 PM CST

🛡 External images are now more secure, and shown by default.   **Change in Settings**



## Sarah Elizabeth sent you a Direct Message.

That's not my home. It's real estate I looked to see if living out here in AZ was something I wanted to think about for my future. It's a home in N Scottsdale in Carefree where I hike. It's the kind of home I want to have in a few years under the desert stars…my North Star. A home to take care of my Alpha. My dream. For some reason being in the desert gives me a lot of peace. I get anxiety around a lot of people sometimes.





Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 41 of 152 PageID #: 00042

Yahoo Mail - Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

11/7/20, 2:03 PM

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From: Sarah Elizabeth (via Twitter) (notify@twitter.com)

To: nategreene1775@yahoo.com

Date: Tuesday, January 15, 2019, 05:25 PM CST

🛡 External images are now more secure, and shown by default. **Change in Settings**





## Sarah Elizabeth sent you a Direct Message.

I've been able to tell from your posts that you are a man happiest with his own space. True story – when the Obama campaign asked me to go to OH to develop strategy for them and Obama's environmental agenda, I REALLY stepped out of my comfort zone. I went from dealing with wildlife all the time to talking to thousands of people, answering 100's of emails and texts 24/7. On election night when everyone was at headquarters waiting on the results, I

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 42 of 152 PageID #: 210

left went back to my hotel room and watched alone on my bed. People in politics are the most needy, backstabbing bunch you will find. The pressure is insane. I gave it my all but I had nothing left to give. Many people thought I should move to the dog eat dog world of DC. It's nice when someone understands you. Take Care.

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:     nategreene1775@yahoo.com

Date:   Wednesday, January 16, 2019, 11:21 PM CST

🛡️ External images are now more secure, and shown by default.   **Change in Settings**





# Sarah Elizabeth sent you a Direct Message.

I love the Frank Sinatra reference. I don't picture anyone telling you what to do. When I was in the political arena, I used to escape by watching and studying Old Hollywood movies. I LOVE old movies from the Brat Pack Days. Studying Alfred Hitchcock and his obsession with Hitchcock women – "Hitchcock blonds" is a trip. I love everything from that era – movies, cars architecture, and furniture. My place has a mid century, minimalist vibe. I

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 44 of 152 PageID #: 910

wish I had been a woman in that era and not the way women are now. I fell in love with learning about Marilyn Monroe. She was so intelligent, loved books, pushed boundaries and was funny. She ran from opulence and extravagance as much as she could. So many men and people just used her and wanted the "stupid act." She only wanted to feel loved. She was a misfit. At the time I was coming off a successful Presidential campaign, dealing with my Father and popping klonopin my doctor was feeding me for anxiety. I saw myself in her and stopped it all. Marilyn Monroe's favorite car was her 1956 no "frills" Ford Thunderbird from Arthur Miller. She used it to get away from everyone. I'm going to the Barrett Jackson Auto Auction again on Friday and I'm OBSESSED with the 1950's Ford Thunderbirds. I could not care less about all the cars and testosterone junkies on the hot rod side. The classics are AMAZING. One day I will buy a 1956 Ford Thunderbird and rock it out here in the desert for her. So fun. Women are so hardcore today and money is their dopamine. I don't know where I fit in now…but I'll find my way.

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 45 of 152 PageID #: 918

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

**From:** Sarah Elizabeth (via Twitter) (notify@twitter.com)

**To:** nategreene1775@yahoo.com

**Date:** Wednesday, January 16, 2019, 11:32 PM CST

🛡 External images are now more secure, and shown by default.  **Change in Settings**



Sarah Elizabeth sent you a Direct Message.

> Just think...if I had gone to DC I might have become a harpy. 😳😳 No one smiles in that city.

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 47 of 152 PageID #: 918

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:   nategreene1775@yahoo.com

Date:   Thursday, January 17, 2019, 03:30 PM CST

🛡 External images are now more secure, and shown by default.   **Change in Settings**





## Sarah Elizabeth sent you a Direct Message.

"Roman Holiday" and "Breakfast at Tiffany's" are my two favorite Audrey Hepburn films. She's amazing. Marilyn Monroe's pool scene from "Something's Got to Give" is my favorite movie scene. It was her last movie and it was never finished but I love it. I've studied the history behind many Old Hollywood movies and Dean Martin was a class act for refusing to finish the movie after Marilyn was fired. He stood by her. I will check out the film noir stuff on

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 48 of 152 PageID #: 919

A&E. It sounds interesting. I've never watched movies like "The Notebook" or "Fifty Shades of Gray" and I don't believe in fairy tales. I get lost like a wide-eyed girl in Old Hollywood Classics though. The feelings are natural, the women are feminine, and the tensions are fun. It was a great era. I'll never be the Scottsdale country club wife…but I know there are great men out there who love the misfits, the pool scenes, feminine innocence , a woman in a Thunderbird car for fun…it's honestly beautiful.

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:   nategreene1775@yahoo.com

Date:   Friday, January 18, 2019, 06:24 PM CST

🛡 External images are now more secure, and shown by default.   **Change in Settings**



## Sarah Elizabeth sent you a Direct Message.

I'm out at the Barrett Jackson car auction for a few hours and the reception and Twitter is spotty. I will miss you if you leave Twitter. Take care if you go.

**Reply**

**Settings** | **Help** | **Opt-out** | **Download app**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 50 of 152 PageID #: 210

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:   nategreene1775@yahoo.com

Date:   Friday, January 18, 2019, 06:29 PM CST

🛡 External images are now more secure, and shown by default.   **Change in Settings**



# Sarah Elizabeth sent you a Direct Message.

> I will. Come back if you get suspended. Hopefully it wont happen. The classic cars are beautiful

**Reply**

**Settings** | **Help** | **Opt-out** | **Download app**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 51 of 152 PageID #: 010   00052

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:     nategreene1775@yahoo.com

Date:   Friday, January 18, 2019, 06:34 PM CST

External images are now more secure, and shown by default.   **Change in Settings**



## Sarah Elizabeth sent you a Direct Message.

> Say what you need to say on Twitter. It just sucks because I enjoy you here. Enjoy your evening. 😔

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 52 of 152 PageID #: 280053

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:    Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:       nategreene1775@yahoo.com

Date:    Friday, January 18, 2019, 06:51 PM CST



External images are now more secure, and shown by default.   **Change in Settings**

## Sarah Elizabeth sent you a Direct Message.

I'm going to find you a Nathan Hale classic car from the 1940s. Be good

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 53 of 152 PageID #: 221   00054

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:     nategreene1775@yahoo.com

Date:   Friday, January 18, 2019, 07:52 PM CST

🛡 External images are now more secure, and shown by default.   **Change in Settings**



## Sarah Elizabeth sent you a Direct Message.

1939 Cadillac for Nathan
https://t.co/RPjQLt7JNl

─────────────────────

🖼 VIEW MEDIA

**Reply**

**Settings** | **Help** | **Opt-out** | **Download app**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 54 of 152 PageID #: 225

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:     nategreene1775@yahoo.com

Date:   Thursday, January 24, 2019, 04:10 AM CST

🛡  External images are now more secure, and shown by default.   **Change in Settings**



# Sarah Elizabeth sent you a Direct Message.

I didn't give you my personal email and phone number for you to belittle me, call me a liar and say you didn't give a rat's ass about my Mom publicly on Twitter. Please delete it from your contacts. I'm sorry for trusting you and thinking we were friends. You really are a cruel man. I hope you find peace. I won't ever bother you again.

**Reply**

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 55 of 152 PageID #: 886

Yahoo Mail - Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

11/7/20, 1:58 PM

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

**From:** Sarah Elizabeth (via Twitter) (notify@twitter.com)

**To:** nategreene1775@yahoo.com

**Date:** Thursday, January 24, 2019, 03:32 PM CST

---

🛡 External images are now more secure, and shown by default. **Change in Settings**





# Sarah Elizabeth sent you a Direct Message.

> Why are finding me on Twitter if are just going to attack me on a public platform like you did? I rarely post about politics anymore. I trusted you with my private contact information in case you needed a friend and never asked you for anything in return. I've defended your right to post freely and think it's obnoxious when Twitter suspends you. I've always had your back. I've always told you to make a new account and keep tweeting. You sure did not care

about the Sandy Hook preschool kids when Alex Jones was being banned for harassment like these Catholic School kids. I did not see your reaction coming. I almost deleted my Twitter account last night….maybe I should. The NathanHale knife I'll be pulling out of my back honestly hurts….but what's new in life. It's honestly your thing… it's Alpha to you. I still wish you the best.

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From: Sarah Elizabeth (via Twitter) (notify@twitter.com)

To: nategreene1775@yahoo.com

Date: Thursday, January 24, 2019, 06:42 PM CST

External images are now more secure, and shown by default.　**Change in Settings**



# Sarah Elizabeth sent you a Direct Message.

I opposed your content...not you. You called me a liar, said I should be swatted etc. It's fine...enjoy your evening.

**Reply**

**Settings** | **Help** | **Opt-out** | **Download app**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From: Sarah Elizabeth (via Twitter) (notify@twitter.com)

To: nategreene1775@yahoo.com

Date: Thursday, January 24, 2019, 07:43 PM CST

🛡 External images are now more secure, and shown by default. **Change in Settings**



# Sarah Elizabeth sent you a Direct Message.

I'm actually the one who is always saying Twitter should not be suspending you for your views. I'm not coming to your house and using your stuff, eating your food. I'm not on Twitter so don't worry about it. I'm sorry I made the mistake in thinking we are friends. I still wish you the best.

**Reply**

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 59 of 152 PageID #: 0027660

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:     nategreene1775@yahoo.com

Date:   Friday, January 25, 2019, 11:49 AM CST

 External images are now more secure, and shown by default.   **Change in Settings**





## Sarah Elizabeth sent you a Direct Message.

> By the way, I've never gone in anyone's homes and asked them to change their worldview. I'm not sure how I've given you that impression at all. My family members who stopped talking to me because I worked President Obama found out through my family grapevine and my Grandmother because I was in OH working. I could not even describe their homes. I'm sure if I was campaigning for Mitt Romney, I would have been their favorite

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 60 of 152 PageID #: 238

niece/cousing. I've had one conservative cousin out of 19 apologize for how I've been treated and we get along great. He owns a sports bar in St Louis. We bond over baseball. It's cool. I'm a beautiful woman and I respect peoples homes. Have a good week.

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 61 of 152 PageID #: 0062

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:      nategreene1775@yahoo.com

Date:   Friday, January 25, 2019, 12:33 PM CST



External images are now more secure, and shown by default.   **Change in Settings**

## Sarah Elizabeth sent you a Direct Message.

> You have my friendship as long as you want it, need it and find me.

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Yahoo Mail - Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

11/7/20, 1:54 PM

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From: Sarah Elizabeth (via Twitter) (notify@twitter.com)

To: nategreene1775@yahoo.com

Date: Wednesday, February 13, 2019, 08:45 PM CST

External images are now more secure, and shown by default. **Change in Settings**



## Sarah Elizabeth sent you a Direct Message.

> Your wife can't even be over the moon happy about 3 nights of Marillion with her husband watching him be happy...and I bet you haven't even noticed what I replaced my pinned Tweet of Obama with on New Years. I am the lottery for someone here that

**Reply**

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:     nategreene1775@yahoo.com

Date:   Saturday, February 16, 2019, 02:52 PM CST

🛡 External images are now more secure, and shown by default.   **Change in Settings**





# Sarah Elizabeth sent you a Direct Message.

You don't have to pretend you are my friend anymore. It's not my intention to bother you. I doubt you would take the time to find me again if you had to make a new Twitter account anyway. I've given you all the power in whatever 'friendship' we have had because I feel like sometime in your life people have done you wrong or don't appreciate you. I never want to be a friend like that. I've always left it up to you to find me if Twitter suspends you, I've

Yahoo Mail - Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

11/7/20, 1:53 PM

never asked your name or what you do. I've tried to learn from you (and I have). I've never asked you to change your worldview or pressured you on anything personal. I've cried at the music you sent me and I've appreciated your time. I even smile at your feet photos. I've apologized and I've always wished the best for you. It's not easy because I know I can be hurt because of it and I doubt you care. You seem really angry at me lately and maybe not being on Twitter so much will help you enjoy your "downtime" more. I'm sure you are working hard. It's not like anyone cares about me or what I tweet anyway. I just get insulated here by everyone. Regardless of how you feel about me, I still think the best men in America are the old school classic conservatives. You all are my favorite. You all remind me of an era that I adore. These men are not Trump voters and maybe one day you will see it. I doubt you care about any of this and I doubt you will find me on Twitter with any new account but I don't want people I am fond of to ever live their lives thinking I have malice in my heart. I'm happy for your success and I until the day I die I will always smile at the idea of you enjoying a Marillion concert. Take Care.



Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 66 of 152 PageID #: 294

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:  Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:    nategreene1775@yahoo.com

Date:  Saturday, February 16, 2019, 05:42 PM CST

🛡 External images are now more secure, and shown by default.  **Change in Settings**





# Sarah Elizabeth sent you a Direct Message.

Your tweets actually get thousands of views. You just don't see it because you tweet from your phone and not your laptop. Look at Twitter from your laptop sometime. It's much better for current events. You are stubborn but I think you will stay in the Twitter mix to some degree. I hope so. I'm here. Yes, I'm a big baseball girl. I grew up with my family always having season tickets to the Astros. The World Series blows the boring Superbowl away.

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 67 of 152 PageID #: 985



One day our paths may cross…you never know.

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 68 of 152 PageID #: 286 00669

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From: Sarah Elizabeth (via Twitter) (notify@twitter.com)

To: nategreene1775@yahoo.com

Date: Saturday, February 16, 2019, 04:59 PM CST

🛡 External images are now more secure, and shown by default.   **Change in Settings**





## Sarah Elizabeth sent you a Direct Message.

I actually wouldn't know because I haven't been on Twitter since Wednesday. In typical conservative fashion all you do is tweet yell at me that I am on my period, welfare or worse so I've been avoiding conversation. I wrote what I wrote in case you were suspended and didn't find me again. You never know with you. You are a mean one but still my favorite neanderthal. Enjoy your Star Trek and pizza.



**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 70 of 152 PageID #: 0987

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:  Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:  nategreene1775@yahoo.com

Date:  Saturday, February 16, 2019, 05:55 PM CST

🛡 External images are now more secure, and shown by default.  **Change in Settings**

## Sarah Elizabeth sent you a Direct Message.

My tweets get thousands of impressions and you tweet more than me. It's better if you are into Twitter for current events and politics like I am. https://t.co/L7RTggVDa6 and log in. Just a thought. Enjoy your pizza.

**Reply**

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 71 of 152 PageID #: 089 72

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 72 of 152 PageID #: 6607

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From: Sarah Elizabeth (via Twitter) (notify@twitter.com)

To: nategreene1775@yahoo.com

Date: Saturday, February 16, 2019, 06:11 PM CST

🛡 External images are now more secure, and shown by default.  **Change in Settings**





## Sarah Elizabeth sent you a Direct Message.

I agree. People have no common sense. You can give people the most basic instructions on how to win in political organizing and they will still ask a million questions and they will still mess it up. Obama told people how to win all the time. I honestly learned people have no common sense working around wildlife and that pisses me off the most. The other day I was trying to get a membership at a new gym that is about to open and ended up doing

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 73 of 152 PageID #: 0241174

the job of 5 muscle heads who could not figure it out. It's why I enjoy being alone a lot. It's why I'm only drawn to intelligent people who challenge me. I just thought you might like Twitter on your laptop sometimes because you are obviously here for current events and politics. I enjoy it from my laptop.

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:     nategreene1775@yahoo.com

Date:   Saturday, February 16, 2019, 07:02 PM CST

🛡️  External images are now more secure, and shown by default.   **Change in Settings**



## Sarah Elizabeth sent you a Direct Message.

> See. I'm off to dinner. I'm happy
> things are good with us.
> https://t.co/zLFz07oiVG
>
> 🖼️ VIEW MEDIA

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 75 of 152 PageID #: 0376

## Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:   nategreene1775@yahoo.com

Date:   Thursday, February 21, 2019, 07:37 PM CST

🛡️ External images are now more secure, and shown by default.   **Change in Settings**





# Sarah Elizabeth sent you a Direct Message.

You don't know what my worldview is. The left does not own me and the right does not own me. I seek the truth and think for myself. I just want to be the best woman I can be and it's not easy sometimes. I don't want anyones pity but I'm not made of stone either. I've just had a lot on my mind thinking of how I want the rest of my life to be. I'm fine. I don't want to be in your way on Twitter…so just blow off the first message.

Case 3:21-cv-00903    Document 1-7    Filed 12/03/21    Page 76 of 152 PageID #: 247



**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 77 of 152 PageID #: 2457

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:  Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:  nategreene1775@yahoo.com

Date:  Thursday, February 21, 2019, 07:45 PM CST

✅  External images are now more secure, and shown by default.   **Change in Settings**



## Sarah Elizabeth sent you a Direct Message.

> I'm not a leftist. I have been know to be the runaway girl with walls though and it sucks when you don't want to keep running. I guess in some strange way you see me better than most. Just feeling little mentally tired...it's my issue. I won't leave Twitter.

**Reply**

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 78 of 152 PageID #: 0460

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:　Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:　natgreene1775@yahoo.com

Date:　Friday, February 22, 2019, 07:41 PM CST

---

🛡 External images are now more secure, and shown by default.　**Change in Settings**





## Sarah Elizabeth sent you a Direct Message.

I'm OK. My body got dehydrated. Turns out you need to drink more water with electrolytes living in the desert. Twitter doesn't get to me and you are here. The laptop version of Twitter is great for current events. Twitter has influenced me to be more of an independent thinker. You have influenced me. I don't admire how leftwing and rightwing women behave so I walk my own path. They are mostly obnoxious, loud and self serving to me. As long as the

Case 3:21-cv-00903　Document 1-7　Filed 12/03/21　Page 79 of 152 PageID #: 247

unconventional path I am on leads me to where I belong in the next couple of years the bumps will be worth it. I'll finally be able to lay down my walls and be 'me' completely for a great man. He won't care about my Obama campaign art or my boxes of photos of wildlife I saved because every experience and how people treated me (good and bad) brought me straight to his arms. My worldview might get me tossed in the pool every once in a while but I was a competitive swimmer for 10 years so I can swim like a fish. Nothing would make me happier than a close connection with a man I can kiss from head to toe at the end of the day and lay with under the desert stars in our backyard. I just have to keep being 'me' and working on myself until he finds me. Even on the hard days...like yesterday...I believe he's out there wanting me too. It's my dream and I'll never take it for granted.

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:　Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:　nategreene1775@yahoo.com

Date:　Saturday, March 9, 2019, 12:20 PM CST

🛡 External images are now more secure, and shown by default. **Change in Settings**

# Sarah Elizabeth sent you a Direct Message.

> I miss you. Be well.

**Reply**

**Settings** | **Help** | **Opt-out** | **Download app**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:   nategreene1775@yahoo.com

Date:   Saturday, March 9, 2019, 12:42 PM CST

✅ External images are now more secure, and shown by default.   **Change in Settings**



# Sarah Elizabeth sent you a Direct Message.

I understand. I'm headed to the SF Giants game in a few minutes. Download the SkyView App on your phone and when you want to decompress at night go outside and access the stars. 💫

**Reply**

Settings | Help | Opt-out | **Download app**

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 82 of 152 PageID #: 950  063083

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:   nategreene1775@yahoo.com

Date:   Saturday, March 9, 2019, 08:41 PM CST

🛡 External images are now more secure, and shown by default.   **Change in Settings**





## Sarah Elizabeth sent you a Direct Message.

You and your Alpha fighting with hockey. That's OK. You are really sensitive under that tough exterior. The really good teams are exciting to watch in the playoffs and World Series. I love it. If you lived in the desert I would drag you to Spring Training baseball games. We could discuss our worldviews in the stands eating hotdogs and try not to throw them at each other. Maybe, in our next lives. The weather is amazing here and I enjoy just being outside



for baseball. The best food is at the Cubs games.

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 84 of 152 PageID #: 0585

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:  Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:    nategreene1775@yahoo.com

Date:  Monday, March 18, 2019, 07:55 PM CDT

 External images are now more secure, and shown by default.  **Change in Settings**





## Sarah Elizabeth sent you a Direct Message.

> You are going to start coming out west for work. I'm going to get myself in trouble for saying this. I am scared to meet you because I care about you and it's going to be hard on me if I finally meet you and I can't reach out for you. You always blindside me and I don't know how to react but I want to get myself in a place mentally to meet you if you are going to be coming out west. You are different than other men I've encountered…truly different.

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 85 of 152 PageID #: 258



**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 86 of 152 PageID #: 0547

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:     nategreene1775@yahoo.com

Date:   Monday, March 18, 2019, 08:15 PM CDT

🛡 External images are now more secure, and shown by default.    **Change in Settings**



# Sarah Elizabeth sent you a Direct Message.

> I'm going to be in trouble for that. At least you now know I accepted you just they way you are a long time ago. My heart just needs to be strong first my friend. I'm sensitive and real.

**Reply**

Settings | Help | Opt-out | **Download app**

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 87 of 152 PageID #: 258

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From: Sarah Elizabeth (via Twitter) (notify@twitter.com)

To: nategreene1775@yahoo.com

Date: Thursday, March 21, 2019, 12:35 AM CDT

External images are now more secure, and shown by default.　**Change in Settings**

## Sarah Elizabeth sent you a Direct Message.

I do care about you...I have since I saw the post about your heart. You never saw it but I have. I feel like everyone on Twitter just takes swipes at me or belittles me and it gets confusing. I'll figure out where I belong one day.

**Reply**

Yahoo Mail - Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

11/7/20, 1:41 PM

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From: Sarah Elizabeth (via Twitter) (notify@twitter.com)

To: nategreene1775@yahoo.com

Date: Thursday, March 21, 2019, 12:37 AM CDT



🛡 External images are now more secure, and shown by default.  **Change in Settings**

## Sarah Elizabeth sent you a Direct Message.

Your life and what you are deep inside as a man matters...never forget that.

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:     nategreene1775@yahoo.com

Date:   Thursday, March 21, 2019, 12:40 AM CDT

External images are now more secure, and shown by default.   **Change in Settings**

## Sarah Elizabeth sent you a Direct Message.

When you sent me the song Neverland, I listened to it and saw you and thought whoever the woman is you think of when you listen to that song is the luckiest woman in the world. It made me cry. Your life matters.

**Reply**

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From: Sarah Elizabeth (via Twitter) (notify@twitter.com)

To: nategreene1775@yahoo.com

Date: Thursday, March 21, 2019, 12:44 AM CDT



External images are now more secure, and shown by default.    **Change in Settings**

## Sarah Elizabeth sent you a Direct Message.

I hope to be that for a man one day...Neverland.

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 91 of 152 PageID #: 0092

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:     nategreene1775@yahoo.com

Date:   Saturday, March 23, 2019, 08:56 PM CDT

🛡 External images are now more secure, and shown by default.   **Change in Settings**





# Sarah Elizabeth sent you a
# Direct Message.

Why do you always find me on
Twitter with your accounts? I don't
see you as a man who finds anyone
without a reason and I don't want to
be a joke or point of anger for
people on Twitter or real life. You
have never seen it but I have always
had your back with Twitter and in
everything. I've respected your
privacy and never asked you to give
me personal details about your work
or who you are. However, that
comes with me making a lot of

mistakes or stabs in the dark with our friendship because I don't know a lot. I feel it's making me look like an irrational, needy female when I'm not. That comes with giving me slack because I have always given you the power and upper hand. If that doesn't show trust, I don't know what will. I moved to Arizona to be around middle-aged intelligent, independent people and men who enjoy a great quality of life. It's beautiful here. If I had not become friends with you, I don't think I would have realized as quickly that great men still exist and I need to be open to all the Arizona offers…who love what I offer. I don't chase men for money. I'm not an opportunist. I always want to be the woman who reminds a man what life is all about. To pull him in the direction of living fully…what else is there if you can't watch a great man loving life? It makes me smile. It makes me feel good. Anyway, I don't want to bother you…I just don't want be a joke to people on Twitter. That's all. I hope everything is going great with your new venture. Take care of yourself among all the Alpha stuff.

**Reply**

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 93 of 152 PageID #: 2094

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:     nategreene1775@yahoo.com

Date:   Saturday, March 30, 2019, 10:03 PM CDT

🛡 External images are now more secure, and shown by default.   **Change in Settings**



## Sarah Elizabeth sent you a Direct Message.

I will always love and care for great men...I am proud to be NOTHING like your wife.

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 94 of 152 PageID #: 262 00095

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:   nategreene1775@yahoo.com

Date:   Saturday, March 30, 2019, 07:22 PM CDT

External images are now more secure, and shown by default.   **Change in Settings**



# Sarah Elizabeth sent you a Direct Message.

I think sometimes people cross paths in life and they connect. I know you will leave Twitter one day and I will never hear from you again. But yes, it probably would be off the charts beautiful, fun and very real if we were both single. I'll write more when I get home.

**Reply**

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 95 of 152 PageID #: 0269 6

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:   nategreene1775@yahoo.com

Date:   Saturday, March 30, 2019, 07:38 PM CDT

🛡  External images are now more secure, and shown by default.   **Change in Settings**





# Sarah Elizabeth sent you a Direct Message.

I'm honestly not interested in treating a man like your wife seems to treat you. I have couple of friends who have recently gotten into amazing relationships and that's the dynamic I crave...what I've seen in them. I'm not trying to make you mad at me. I think I probably frustrate you too much...I have bit of a drive home...but I'll try and be more clear later if you want.

Yahoo Mail - Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

11/7/20, 1:37 PM

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:  Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:  nategreene1775@yahoo.com

Date:  Saturday, March 30, 2019, 07:49 PM CDT

🛡 External images are now more secure, and shown by default.  **Change in Settings**



# Sarah Elizabeth sent you a Direct Message.

My girlfriends and me all love me...we are not feminist harpies and we are not bossy rightwing women. We love men. American women play too many games, it's all about money, it's all about not letting men be men. Having fun. It

**Reply**

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 97 of 152 PageID #: 00598

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From: Sarah Elizabeth (via Twitter) (notify@twitter.com)

To: nategreene1775@yahoo.com

Date: Saturday, March 30, 2019, 07:53 PM CDT

External images are now more secure, and shown by default. **Change in Settings**



# Sarah Elizabeth sent you a Direct Message.

I am sorry if I offended you...I can't change the fact I truly love men...as men.

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:   nategreene1775@yahoo.com

Date:   Saturday, March 30, 2019, 07:55 PM CDT

External images are now more secure, and shown by default.   **Change in Settings**



# Sarah Elizabeth sent you a Direct Message.

But I've known all along it will cost me....I've just thought you were worth it to let you know how amazing you are, hun.

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:     nategreene1775@yahoo.com

Date:   Saturday, March 30, 2019, 08:00 PM CDT

🛡 External images are now more secure, and shown by default.   **Change in Settings**



## Sarah Elizabeth sent you a Direct Message.

> I have to drive home. You don't have to follow me on Twitter or find me with any new accounts if I'm making you mad. It was never my intent. I think I frustrate you and you don't know why....you want me around and they you push me away....hot and cold. But you are an alpha and that just means letting you be you.

**Reply**

Case 3:21-cv-00903    Document 1-7    Filed 12/03/21    Page 100 of 152 PageID #: 268     100261

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:     nategreene1775@yahoo.com

Date:   Saturday, March 30, 2019, 08:11 PM CDT

🛡️ External images are now more secure, and shown by default.   **Change in Settings**



# Sarah Elizabeth sent you a Direct Message.

> You are the one with the wife how hides behind a culture to golddig on her husband instead of loving him like a man. LOL

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 101 of 152 PageID #: 2682

Yahoo Mail - Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

11/7/20, 1:35 PM

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From: Sarah Elizabeth (via Twitter) (notify@twitter.com)

To: nategreene1775@yahoo.com

Date: Saturday, March 30, 2019, 08:27 PM CDT

🛡 External images are now more secure, and shown by default. **Change in Settings**



## Sarah Elizabeth sent you a Direct Message.

Why isn't your wife over the moon excited about going to Marillion concerts for a man who sacrifices his life and health for her....marriage does not mean anything.

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 102 of 152 PageID #: 2703

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:     nategreene1775@yahoo.com

Date:   Saturday, March 30, 2019, 08:31 PM CDT

 External images are now more secure, and shown by default.   **Change in Settings**





## Sarah Elizabeth sent you a Direct Message.

You have no idea what an amazing person you are...that's the tragedy in all of this. Tell your wife to stop taking you for granted. The saddest look I've ever seen in a man's eyes is the look of regret. My bags would have been packed already for Marillion with new outfits...your wife can't be bothered...men complain all the time that no great women exist anymore...and then when one is right in front of them they push her away. I was your friend.



Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

## Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:     nategreene1775@yahoo.com

Date:   Saturday, March 30, 2019, 08:35 PM CDT

🛡 External images are now more secure, and shown by default.   **Change in Settings**



# Sarah Elizabeth sent you a Direct Message.

> Ive never wanted anything from you but for our friendship to be real. I don't care about your money. You are amazing and complex....ruthless, intelligent and sensitive...and taken for granted..Im sorry for making you mad. It hurts me because I do care.

**Reply**

Yahoo Mail - Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

11/7/20, 1:33 PM

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From: Sarah Elizabeth (via Twitter) (notify@twitter.com)

To: nategreene1775@yahoo.com

Date: Saturday, March 30, 2019, 08:41 PM CDT

🛡 External images are now more secure, and shown by default. **Change in Settings**



## Sarah Elizabeth sent you a Direct Message.

Instead of taking cheap shots at me and my friends...tell your wife thanks for teaching me how to never treat a man...enjoy the gold digger.

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 106 of 152 PageID #: 274

Yahoo Mail - Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

11/7/20, 1:33 PM

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From: Sarah Elizabeth (via Twitter) (notify@twitter.com)

To: nategreene1775@yahoo.com

Date: Saturday, March 30, 2019, 08:41 PM CDT

🛡 External images are now more secure, and shown by default.   **Change in Settings**



# Sarah Elizabeth sent you a Direct Message.

Your wife cared more about money than your life when a financial advisor showed up at your house...you have no right to take cheap shots at me.

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:     nategreene1775@yahoo.com

Date:   Saturday, March 30, 2019, 08:44 PM CDT

🛡 External images are now more secure, and shown by default.   **Change in Settings**



# Sarah Elizabeth sent you a Direct Message.

Its not my fault your wife takes you for granted.

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From: Sarah Elizabeth (via Twitter) (notify@twitter.com)

To: nategreene1775@yahoo.com

Date: Saturday, March 30, 2019, 08:50 PM CDT



External images are now more secure, and shown by default.   **Change in Settings**

## Sarah Elizabeth sent you a Direct Message.

You lash out at me because it pisses you off you can't be with a woman like me...and you are used to getting what you want. I'm always your friend.

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 110 of 152 PageID #:0278

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:　Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:　nategreene1775@yahoo.com

Date:　Saturday, March 30, 2019, 09:13 PM CDT

---

🛡  External images are now more secure, and shown by default.　**Change in Settings**





# Sarah Elizabeth sent you a Direct Message.

> That's great you and your wife understand each other...but I'm looking to truly LOVE a man with all my being and help him life a beautiful life by his side. Please don't ask me to be like your wife anymore...I have too much to offer with my mind, soul, heart, body and physical touch. I am the woman who will sleep in a mans clothes when he is away on business, rub his back until he falls asleep, and smile while watching him doing what he

Case 3:21-cv-00903　Document 1-7　Filed 12/03/21　Page 111 of 152 PageID #00792079

loves...and make love. I want a man to look at me and be reminded what life is all about.

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 112 of 152 PageID #: 280

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:    Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:      nategreene1775@yahoo.com

Date:    Saturday, March 30, 2019, 09:15 PM CDT

🛡 External images are now more secure, and shown by default.   **Change in Settings**

## Sarah Elizabeth sent you a Direct Message.

I'm sorry.

**Reply**

**Settings** | **Help** | **Opt-out** | **Download app**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From: Sarah Elizabeth (via Twitter) (notify@twitter.com)

To: nategreene1775@yahoo.com

Date: Saturday, March 30, 2019, 09:19 PM CDT



External images are now more secure, and shown by default. **Change in Settings**

## Sarah Elizabeth sent you a Direct Message.

I really frustrate you too much.

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:  Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:  nategreene1775@yahoo.com

Date:  Saturday, March 30, 2019, 10:02 PM CDT

External images are now more secure, and shown by default.  **Change in Settings**





## Sarah Elizabeth sent you a Direct Message.

Instead of taking cheap shots at me with your insults and photos...live with the fact your wife cares about your money more than your life. You have had one heart attack she didn't give a flip when a financial advisor showed up at your home. I feel like I have been nothing but a cute little side game for you for the past few months for you to poke at. I love men despite how I'm treated. Thanks for making a game out of me.

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 115 of 152 PageID #: 1233



# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:   nategreene1775@yahoo.com

Date:   Saturday, March 30, 2019, 10:03 PM CDT

🛡 External images are now more secure, and shown by default.   **Change in Settings**



# Sarah Elizabeth sent you a Direct Message.

> I will always love and care for great men...I am proud to be NOTHING like your wife.

**Reply**

**Settings** | **Help** | **Opt-out** | **Download app**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 117 of 152 PageID #: 835

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:     nategreene1775@yahoo.com

Date:   Saturday, March 30, 2019, 10:27 PM CDT

External images are now more secure, and shown by default.    **Change in Settings**

## Sarah Elizabeth sent you a Direct Message.

> Darlin, I was taken to Mastros Seafood just last week. We got the seafood tower. I know how to treat a man like a man. I have no desire to treat a man like your wife treats you. https://t.co/ofJqzm69xh
>
> VIEW MEDIA

**Reply**

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 118 of 152 PageID #: 369

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:     nategreene1775@yahoo.com

Date:   Saturday, March 30, 2019, 10:29 PM CDT

✅ External images are now more secure, and shown by default.   **Change in Settings**



# Sarah Elizabeth sent you a Direct Message.

Im not a god digger who wants to boss a great man into the ground. Hard pass on being like your wife. I'm soft and fun loving...enjoy the lobster.

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:    Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:    nategreene1775@yahoo.com

Date:    Saturday, March 30, 2019, 10:31 PM CDT

External images are now more secure, and shown by default.    **Change in Settings**



## Sarah Elizabeth sent you a Direct Message.

I'm not a gold digger...fancy dinners don't impress. You are the one who has to keep buying your wife...and she can't even fake that she cares for you. Hard pass on doing that to a man.

**Reply**

Settings | Help | Opt-out | Download app

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 120 of 152 PageID #: 288    00881

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:  Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:  nategreene1775@yahoo.com

Date:  Saturday, March 30, 2019, 10:32 PM CDT

External images are now more secure, and shown by default.  **Change in Settings**



## Sarah Elizabeth sent you a Direct Message.

> Mastros Seafood is delicious though. Men is Scottsdale work to live and hike and love...you are right about it being what I need.

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 121 of 152 PageID #: 289

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:　Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:　　nategreene1775@yahoo.com

Date:　Saturday, March 30, 2019, 10:37 PM CDT

🛡 External images are now more secure, and shown by default.　**Change in Settings**



## Sarah Elizabeth sent you a Direct Message.

I don't get your wives at all...and that's a good thing.

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:     nategreene1775@yahoo.com

Date:   Saturday, March 30, 2019, 10:50 PM CDT

🛡  External images are now more secure, and shown by default.   **Change in Settings**





# Sarah Elizabeth sent you a Direct Message.

If you are trying to get me to throw myself at you with these photos it's not going to happen. I feel like you are trying to make an idiot out of me. I didn't drive down to Tucson. I'm actually going out and men love me here. I'm not a slut. I treat all men the same and when a connection happens it's real. I've never asked you for anything and I've always wanted you to have nothing but the best life. Whoever I end up with won't be telling people the happiest

years of his life were when he was in his 20's and when a financial advisor shows up...I will put him first. I don't want to be anything like your wife. Hard pass.

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:   nategreene1775@yahoo.com

Date:   Saturday, March 30, 2019, 11:20 PM CDT

External images are now more secure, and shown by default.   **Change in Settings**



# Sarah Elizabeth sent you a Direct Message.

> In the future...maybe make the cheap shots at the woman who doesn't appreciate you instead of the woman who always has. So confused

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 125 of 152 PageID #: 293

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:   nategreene1775@yahoo.com

Date:   Sunday, March 31, 2019, 11:24 AM CDT

---

 External images are now more secure, and shown by default.   **Change in Settings**





## Sarah Elizabeth sent you a Direct Message.

I hope you feel better after what you did to me yesterday. I'm still not sure what I did to deserve it. You know why I'm such a great catch? Because I have spent YEARS learning from all your miserable marriages on how not to treat a man. Your wives and marriages have taught me EVERYTHING and the beautiful thing is that it's so natural for me because I spent years working with nature. You say your wife understands you….LOL! Let me

know when her bags are packed for Marillion so she can watch you being RELAXED and enjoying something that means a lot to you. Oh wait, she can't seem to be bothered. Let me know the last time you enjoyed a hike. I hike all the time around men who love it. What's your excuse? Your wife is happy with you gone all day doing the miserable Houston traffic grind with little releases. Sounds like bliss! When was the last time she rubbed your back as you feel asleep after a hellish day at work or just took care of you like a man? I will go to my grave never treating a man like your wives treat you. Bunch of miserable nagging hags who don't love AMAZING men much beyond their paychecks. You can hate me all you want….at least I would rather love a man than kill him and all the things that made him something I was attracted to in the first place. At least I cared about your life…your LIFE and what makes you an AMAZING man. My friend who you attacked yesterday as a gold digger? She used to weigh over 300 pounds. Her body is far from perfect after the weight loss. That man could have any woman in Orange County that was 1000x more perfect that her. He loves her. Even her daughter and Mother live with him. While you are

bitching about your wife's fuck up at the airport, he was catching an earlier flight home from DC be with her. They are so happy and the dynamics of their relationship gives me hope. It's beautiful because of the way they treat each other...their connection...not the money. I'm so blessed to be a fun, loving, loyal, and sexual woman. All you men complain women like me don't exist anymore...then when we show up… all you do is belittle us. I'll never change.

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Yahoo Mail - Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

11/7/20, 1:25 PM

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From: Sarah Elizabeth (via Twitter) (notify@twitter.com)

To: nategreene1775@yahoo.com

Date: Sunday, March 31, 2019, 11:32 AM CDT

🛡 External images are now more secure, and shown by default.  **Change in Settings**





## Sarah Elizabeth sent you a Direct Message.

> I spent the first half of my adult like working with wild animals...apex predators. I know alpha men and how to make them happy more than your miserable wives ever will. A man like you is EASY for me to understand...and that's what drives you crazy. I won't change. I am what I am.

**Reply**

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:     nategreene1775@yahoo.com

Date:   Sunday, March 31, 2019, 11:52 AM CDT

🛡 External images are now more secure, and shown by default.   **Change in Settings**



## Sarah Elizabeth sent you a Direct Message.

I'm actually being picked up for a hike at 10AM....enjoy your miserable Houston existence!

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 130 of 152 PageID #: 298   00981

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From: Sarah Elizabeth (via Twitter) (notify@twitter.com)

To: nategreene1775@yahoo.com

Date: Sunday, March 31, 2019, 11:56 AM CDT

External images are now more secure, and shown by default. **Change in Settings**



## Sarah Elizabeth sent you a Direct Message.

At least the golddiger in your home is smart enough to figure out your cats are your breaking point to her being a millionaire...doesn't sound like she does much else. 😉

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 131 of 152 PageID #: 999

Yahoo Mail - Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

11/7/20, 1:23 PM

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From: Sarah Elizabeth (via Twitter) (notify@twitter.com)

To: nategreene1775@yahoo.com

Date: Sunday, March 31, 2019, 12:13 PM CDT

External images are now more secure, and shown by default. **Change in Settings**

# Sarah Elizabeth sent you a Direct Message.

Don't attack my friends and their beautiful relationships again. My friends and I are out loving and having fun. You wife is the gold digger who is making sure she will be a millionaire when you are dead...You go have some FUN. Your wife is pathetic.

**Reply**

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:   nategreene1775@yahoo.com

Date:   Sunday, March 31, 2019, 12:20 PM CDT

🛡 External images are now more secure, and shown by default.   **Change in Settings**





## Sarah Elizabeth sent you a Direct Message.

> My friends you attacked
> yesterday...that man is 68 years old
> and they just got back from Aspen
> where he is an avid skier and on the
> board of several foundations. You
> act like you are 90 and in the grave
> already. You have no right to attack
> or judge anyone with what your
> marriage is. They are living and
> loving each other for as long as
> possible. Try it sometime! It FEELS
> GOOD!

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 133 of 152 PageID #: 3014



**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 134 of 152 PageID #:0303925

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

**From:**  Sarah Elizabeth (via Twitter) (notify@twitter.com)

**To:**  nategreene1775@yahoo.com

**Date:**  Sunday, March 31, 2019, 12:45 PM CDT

✅ External images are now more secure, and shown by default.  **Change in Settings**





# Sarah Elizabeth sent you a Direct Message.

Your message to me yesterday was really below the belt and what it implied. You are the one who was sending me messages that you were going to be in Tucson. You are the one wanting to know if I would be brave enough to meet you for a drink and dinners. I have friends and family all over Houston and could be in Houston anytime. My brother lives in the Heights area. My Dad used to live in the Memorial area but he now lives in Katy. I grew up in The

Woodlands area. My best friend still lives there. Have I been flying to Houston like some desperate Twitter hag? No. I trusted you with all my info. My friendship to you was always sincere. I have many male friends. I've either been a game to you or I rock your reality with hard truths just by being me. I'll never know the answer. I refuse to hate you because I know you are a great man and I care about you. We do have a connection that's real...for some ridiculous reason we do. Don't worry…I'm off to the Desert Botanical Garden to hike for the afternoon. Enjoy your Sunday.

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Yahoo Mail - Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

11/7/20, 1:21 PM

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From: Sarah Elizabeth (via Twitter) (notify@twitter.com)

To: nategreene1775@yahoo.com

Date: Sunday, March 31, 2019, 04:57 PM CDT

External images are now more secure, and shown by default. **Change in Settings**





## Sarah Elizabeth sent you a Direct Message.

Sending me lobster photos and telling me that's what I need was cruel. You My view of men is beautiful. My worldview is healthy. My girlfriends are kick ass women who love men and make men feel loved and alive. We don't take men for granted because we don't take life for granted. It makes us happy. Love transcends everything…it is the most written about thing in history. The prize isn't the man or the women…it's the connection…the

bond for BOTH. It rarely exists anymore…especially in America. You were a complete ass yesterday. Your rightwing women are fools. You are too complex…from ruthless to sensitive to be caught up in that anyway. Too intelligent. While you tell me to change…my girlfriends share their loves…I am on a beautiful path…and the lobster photos are not what I need.
https://t.co/vVyZBJabms

 VIEW MEDIA

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

**From:** Sarah Elizabeth (via Twitter) (notify@twitter.com)

**To:** nategreene1775@yahoo.com

**Date:** Sunday, March 31, 2019, 05:05 PM CDT

🛡 External images are now more secure, and shown by default.　**Change in Settings**



# Sarah Elizabeth sent you a Direct Message.

> I won't be on Twitter much anymore...it at all. Take Care.

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Case 3:21-cv-00903　Document 1-7　Filed 12/03/21　Page 139 of 152 PageID #:307

Yahoo Mail - Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

11/7/20, 1:19 PM

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From: Sarah Elizabeth (via Twitter) (notify@twitter.com)

To: nategreene1775@yahoo.com

Date: Sunday, March 31, 2019, 07:22 PM CDT

🛡 External images are now more secure, and shown by default. **Change in Settings**





## Sarah Elizabeth sent you a Direct Message.

Also…you can just delete my private contact info. You told me you always found me and only me on Twitter because I added real value to your life. Then you lash out at me because I took you at your word and reciprocated with my friendship and trusting you. You both want me around and want me gone and it's made me look really stupid. I've encouraged you to go to Marillion in May because I will probably never be in a position to see Marillion in

concert. They don't seem like a group that tours in the US…and out of both of us…I wanted you to win… you have the means…don't take it for granted. I apologize for anything…it's confusing having a friend…but not having a friend you don't even know their name. You are honestly just a man who needs a lot of "me" time so I just need to let you be on Twitter. It's the best gift I can give you. You are a great man...whoever you are.

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From: Sarah Elizabeth (via Twitter) (notify@twitter.com)

To: nategreene1775@yahoo.com

Date: Sunday, March 31, 2019, 11:01 PM CDT

🛡 External images are now more secure, and shown by default.  **Change in Settings**



## Sarah Elizabeth sent you a Direct Message.

You know what hurt me the most yesterday? You think I'm so shallow that I just want to be served lobster tails for a meal. The only thing I've ever wanted was to drive down to Tucson, reach out and touch you, look into your eyes and show you I am real…but I didn't…so there is no need to hurt me. Your cats can eat the lobster.

**Reply**

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 142 of 152 PageID #: 310   108193

Yahoo Mail - Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

11/7/20, 1:17 PM

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From: Sarah Elizabeth (via Twitter) (notify@twitter.com)

To: nategreene1775@yahoo.com

Date: Monday, April 1, 2019, 01:56 PM CDT

External images are now more secure, and shown by default. **Change in Settings**





## Sarah Elizabeth sent you a Direct Message.

I have no idea why you find me on Twitter and you won't tell me. But you don't have to feel sorry for me and follow. I get it. If it made you feel good to treat me like you did Saturday night, enjoy the dig but please don't do it again. It sucks to know a man needs space and sleep before he takes a dig at you. I react to survive. The Marillion music felt a lot better. I'm not a liberal running around trying to save the world like you claim. I'm only trying to create a

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 143 of 152 PageID #: 1114

beautiful life and love for myself - for the second half of my life. Life feels good and balanced to me in Arizona. The only thing I have to offer a man is that I didn't let the world change me into what women are today. I'm loving, thoughtful, fun, sexual…I'm a backrub at the end of a hellish day….a soft body to touch… a loyal confident …laughter…a hand to hold before leaving this earth…and everything a man needs to feel deeply loved. I don't care who laughs about it. It's not my fault your wives so obviously take you for granted…they are the ones who need to change. You don't have to feel sorry for me anymore or be worried I will break the trust you put in me.

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 144 of 152 PageID #:312

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:     nategreene1775@yahoo.com

Date:   Saturday, April 6, 2019, 09:57 PM CDT

🛡 External images are now more secure, and shown by default.   **Change in Settings**





## Sarah Elizabeth sent you a Direct Message.

You won't tell my why you find me on Twitter but you are still here. I'm going to let it go and you can keep it to yourself. I moved to the desert because I love the sexy and casual lifestyle here. I don't respond well to drama and I'll fling my arms like a windmill to get away from it. Slow, steady and grounded wins me every time. Desert nights bring me clarity. You can have my thoughts and do with them what you want. You need Twitter more than I do. You say you

don't but it's a release for you. A man with your intensity needs to ways to let it out…including your views of the world. Make as many accounts as you need to. If I was sitting on Twitter all day just wanting your constant attention and praise, I think a better strategy would have been to act like a right-wing Trump supporter. I've always been real with you. I don't think about your wife at all so don't worry about it. I don't think your wife is conservative or liberal. I think she is what suits her best interest at the time. I think they way she acted when a financial advisor showed up at your home was disrespectful towards a man who has sacrificed so much. A woman in love will move heaven and earth for a man she loves. You are a gift. A true gift. I've spent the winter hiking and exploring the mountains and desert around men who are 50 – 80+ years old and full of life. They are smiling and happy. Of course I'm going to come home and wish that for you. It's just my environment. It's not an agenda. You are young. You can go back through all my posts and messages and see it's always been about you. From Marillion to fly-fishing, I never made anything about me. It's why I was truly shocked with you said you were

going to be in Tucson. I was never expecting anything from you. I love and adore masculine men. I love the intelligence, the intensity…I love it all. I'll never try and cage that. I will always love watching what makes a real man "tick" I don't like women on the right or the left anymore. They are frauds. You get unconditional love from your cats. For 19 years my best friend was a cat who left Texas with me for California. I now sleep with his ashes and collar on my nightstand by my bed. If you want an unconditional friend, I stand by what I wrote you at Christmas. My word is forever. I'm nothing special. I'm just a girl in the desert who took the time to see the real man you are. It makes me happy I did. Your grumpy ass makes me smile most of the time.

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Yahoo Mail - Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

11/7/20, 1:15 PM

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:  Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:  nategreene1775@yahoo.com

Date:  Saturday, April 6, 2019, 09:58 PM CDT

🛡️  External images are now more secure, and shown by default.  **Change in Settings**





## Sarah Elizabeth sent you a Direct Message.

> Over Christmas I was watching
> Casablanca. It's one of my favorite
> movies. In the middle of the movie, it
> hit me that you are Rick Blaine. You
> resemble Humphrey Bogart I think.
> Profile maybe…but you do. It's why
> you call me 'kid'…even if you don't
> realize…and of all the gin joints in
> the world, I stumbled into yours. Life
> just happens like that. I see through
> you. Best of luck in your new
> venture…but then you don't need it.
> I adore you and respect you. Sarah

Case 3:21-cv-00903   Document 1-7   Filed 12/03/21   Page 148 of 152 PageID #: 3169



**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From:   Sarah Elizabeth (via Twitter) (notify@twitter.com)

To:     nategreene1775@yahoo.com

Date:   Tuesday, April 23, 2019, 10:24 AM CDT

✅ External images are now more secure, and shown by default.   **Change in Settings**



## Sarah Elizabeth sent you a Direct Message.

All you do is bellitel me and attack me. So live with the truth about your marriage. It's not my fault your wife and son don't give a fuck about you.

**Reply**

**Settings** | **Help** | **Opt-out** | **Download app**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

# Sarah Elizabeth (@sarahelizab370) has sent you a Direct Message on Twitter!

From: Sarah Elizabeth (via Twitter) (notify@twitter.com)

To: nategreene1775@yahoo.com

Date: Friday, June 7, 2019, 09:28 PM CDT

🛡 External images are now more secure, and shown by default.    **Change in Settings**





# Sarah Elizabeth sent you a Direct Message.

I've always studied old classic movies. My favorite friendship is from my favorite movie, "Something's Got to Give" with Dean Martin and Marilyn Monroe. He was a standoffish man but good friend to Marilyn. He refused to finish the movie without her even though she was having a lot of drama with Fox studios. It's interesting to read about. You decided to find me again on Dean Martin's birthday. I don't believe in coincidences. Thanks for

making me believe the "Great" ones still exist. You don't need to respond. Sometimes you come out of nowhere and do something that stops me in my tracks. Maybe, one day I will understand. I feel like you are a man who needs solitude to function with other things in life. I don't want to get on your nerves. I don't believe in chasing great men or caging great men. You just have to let them be what they are even if it hurts. I missed you. I don't want to fight with you or cause you stress. Have a good weekend. Sarah

**Reply**

Settings | Help | Opt-out | Download app

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103