# Collective Exhibit 8

**From:** Sarah Mueller  sarah.mueller3770@gmail.com
**Subject:** Hi Thomas
**Date:** August 7, 2019 at 3:45 AM
**To:** Thomas Santoni  moralnorth@moralnorth.com

Tom,

This e-mail is more for me than for you. I don't want to be on the receiving end of your insults and accusations anymore with your postings on Parler or Twitter. You will turn on someone with lies in a second to get out of what you are doing online. I don't want to be lied about anymore. I don't care about Leftists or Trump Trash.

I grew up in Houston. I lived there for 18 years. I have family and lifelong friends in Houston. I have always told you this. A few months ago, my brother decided to put his condo on the market and move. When I went to see how the photos for his real estate listing turned out online, something told me to click on another listing that was being advertised. I clicked on the photos and up came a photo of a palatial pool with lions decorating it. My brother lives close to you. The palatial pool we argued about for so long is what showed me who you are. Everything in life comes full circle for me. It ALWAYS does. God works in mysterious ways and I hope he is tying to protect me with this because it would not have happened with anyone else on Twitter.

If you are not Tom Santoni, someone was posting as him all over Twitter, including photos being sent to me from inside and outside his home. But it is who you are.

These past months when you have been berating me all over Twitter with every put down and accusation possible, I have kept quiet about who you are and protected you. I could have BLASTED you all over the Internet and you would have never known it was me. PISS OFF for how you treated me. I tried repeatedly and you made me out to be desperate or something. I'm done being the cover for Internet assholes and people who hide. I don't ask anyone for anything and you berated me to the floor. I'm a black widow, a liar, a witch, I'm on welfare, I need man, I need to take my panties back to Europe, swatted. You berated me to people publicly on Twitter. I can go on and on. I want off that train.

Don't worry. I know we are not friends and I've felt that way since January. I'm not desperate for friends much less a male friend who tears me down all the time and makes assumptions. It's not even fun for me.

Best of luck with what you and your home are. I hope it makes you feel good but you are not good people.


My kindness is not weakness but I'm tired. It's not my responsibility anyway. Enjoy Parler.
Sarah

From: Sarah Mueller <sarah.mueller3770@gmail.com>
Date: March 23, 2020 at 6:30:19 PM CDT
To: Thomas Santoni <moralnorth@moralnorth.com>
Subject: Tom Santoni - Moral North

Tom Santoni....NathanHale, MoralNorth

Leave me out of your insults with your new Twitter accounts. Everyone knows you never left Twitter.

After reaching out to Adam Blumenthal of Blue Wolf Capital, I spent two months communicating with the attorneys of Blue Wolf Capital and The State Group about how you acted towards me and what your were communicating online.

All the degrading insults you said to me were documented. All the abusive behavior - documented.

All the lies you said to me in Private Messages - documented.

You attacking me for your behavior - documented.

All the racists comments - documented.

The disgusting ways you talk about different groups of people - documented.

The countless posts you make with references to shooting people - documented.

It's all saved and documented. Screen shots and all. You put that stuff ALL over the Internet.

It must suck trying to convince yourself you are a man each day. Real men behave nothing like you.

Until God or my Mom tells me so, I am done with how people treat me. So, don't spend one day of your life expecting me to keep quiet about how you treated me. Blue Wolf Capital was so freaked about your behavior, they had lawyers calling my house the next day. I know you were fired from The State Group because they told me so. I was clear with their attorney I was only keeping it quiet out of respect to them and the employees of The State Group while they talked to me. I owe abusive men nothing.

Attorneys get really freaked out when a CEO of a company they represent is degrading women. Not sure what the were most disgusted by, you wanting to slap women or telling me to take my panties back to Europe. It's all saved though.

Many prayers for your late brother Vince Santoni. He helped us verify who you were. I guess I have a guardian angel in someone else you treated horribly.

You think it's fun to be abusive to people. You think it's fun to try and manipulate people to do something that will hurt them as long as it benefits you. You think it's fun to make people feel threatened. You are an abusive man.

Become a man soon. I'm not your secret keeper. The lies in my Private Messages were pathetic...and yet..you have the never to come at me. Saved also.

Sarah



 Commented By @LibertyBelleUSA

 **Matt Thornton** @mthornton
03/30/20 · ⊚175

Millions, maybe tens of millions, of Americans have bought guns and ammo for the first time in their lives, over the last two weeks.

This is an incredibly good thing.

Arm everyone. Secure Freedom.

 **LibertyBelle** @LibertyBelleUSA
12 hrs ago · ⊚

What's wrong Tom Santoni? Not man enough to say all the disgusting things you say to people without hiding behind fake name? How many Twitter accounts are you up to now?

It must suck to know you are nothing but a fat fucking clown who lacks the ability to be man.

Stick to being a financial bitch for the people who only look the other way for the cash.

You are a joke of a man. LOL!!!

💬 0          👎 0          👍 0



# Sarah Elizabeth
4,277 Tweets

**Tweets** | Tweets & replies | Media | Likes

⟳ 3    ♡ 5

**Sarah Elizabeth** @saraheli... · 4/24/20

Was it Tom Santoni? ☕

> **E.J. Montini** @ejmontini
>
> Cheers at Arizona Capitol coronavirus protest for threats to shoot Democrats? azcentral.com/story/opinion/... via @azcentral

💬 1    ⟳    ♡ 2

⟳ Sarah Elizabeth Retweeted

**Arizona Senate Dems** @AZ... · 4/21/20
This is deeply disturbing and we hope @dougducey and our colleagues in @AZSenateGOP and @AZHouseGOP will denounce it. This hate speech has no place at the #AZLeg or anywhere else.

> **E.J. Montini** @ejmontini
>
> Cheers at Arizona Capitol coronavirus protest for threats to shoot Democrats? azcentral.com/story/opinion/... via @azcentral

💬 7    ⟳ 24    ♡ 70

**From:** Sarah Mueller <sarah.mueller3770@gmail.com>
**Date:** May 11, 2020 at 11:24:50 AM CDT
**To:** Thomas Santoni <moralnorth@moralnorth.com>
**Subject: Lying Abusive Tom Santoni**

Tom Santoni

Don't lie about me or about why you were fired from The State Group. If I find out you or anyone is lying about me, I will talk to more lawyers. If I find out anyone has lied to me, I will talk to more lawyers.

Since you thought it was appropriate to attack me in private messages with your abusive, irrational and false accusations comparing me to your friends - your friends now know how abusive you are about them when talking to other people. Tony Germann has been given what you said about him and his family so he can make healthy decisions for his family. He knows why you were fired from The State Group and the situation you put me into. He knows about your racist bullshit. He knows what you said about him. He admitted your were behind the Twitter account.

Turns out the same time you were going psycho, abusive irrational on me - you were going psycho abusive irrational on your friends while they were guests in your home. Don't blame me for your abusive bullshit ever again.

You are one abusive clown. Grow up and become a man soon.


You and your wife should keep your charade in your own home. Everyone sees through it.

Sarah

**From:** Sarah Mueller <sarah.mueller3770@gmail.com>
**Date:** May 11, 2020 at 2:23:49 PM CDT
**To:** Thomas Santoni <moralnorth@moralnorth.com>

Tom Santoni....just another pathetic lying Trump supporter.

Tom Santoni.....LIAR.

Become a man soon.....Liar.

**From:** Sarah Mueller <sarah.mueller3770@gmail.com>
**Date:** May 11, 2020 at 2:33:08 PM CDT
**To:** Thomas Santoni <moralnorth@moralnorth.com>
**Subject: Tom Santoni...Liar**

Tom Santoni....just another lying Trump supporting clown. Tom Santoni the man who threatened to shoot me, degrade me, and say I deserved to be physically slapped. I saved it all.

The State Group has no operations in Phoenix and you travelled to Canada only. Liar.

You and your wife really should keep your charade in your home and away from Americans.

Sarah


Tweet


Sarah Elizabeth
@sarahelizab370

Some tough New Yorkers had my back over the last few months. I hope they are well. #COVID19 🗽



3:53 PM · 5/25/20 from Scottsdale, AZ · Twitter for iPhone

3 Likes

Tweet your reply



**sarahelizab370** I spent month this past year talking to corporate lawyers because of Tom Santoni. He is one abusive, lying clown. If Tom thinks it's appropriate to go around lying about why he was fired with his childish "freedom of speech" and I was a victim of cancel culture against "conservatives," I have a lot to write about and say. You can let Tom know that since The State Group and Blue Wolf Capital fired him because of his behavior towards me, that I consider his behavior towards me and others (including my 77 year old mother) predatory, abusive, threatening and way over the line. It's all saved. This clown needs to keep his threats in his own home. But hey, if Tom does want to claim cancel culture I guess he can take responsibility for the racist and violent things he has been doing to people on social networks. I'm not the secret keeper for abusive men who think it's appropriate to degrade me and I don't lie to top corporate lawyers in NYC for Tom Santoni. Thanks for the photo of the man who like to degrade me by talking about my panties, saving I deserved to be physically slapped...and so MUCH more. Tom should probably stick to sending women Marillion music and invites to dinner on business trips in the future or some other ridiculous game he invents. I hope you parents grow up soon because I have a LOT to say if they are claiming cancel culture over Tom's firing from The State Group.

How psychotic are you when a company fires you from a CEO position AND erases all traces (press releases to website photos) of you being associated with the company to begin with?

2:03 

# Activity

## New

 **sarahelizab370** commented: I spent month this past year talking to corporate lawyers because of Tom Santoni. He is one abusive lying clown. If Tom thinks it's appropriate to go around lying about why he was fired with his childish "freedom of speech" and I was a victim of cancel culture against "conservatives," I have a lot to write about and say. You can let Tom know that since The State Group and Blue Wolf Capital fired him because of his behavior towards me, that I consider his behavior towards me and others (including my 77 year old mother) predatory, abusive, threatening and way over the line. It's all saved. This clown needs to keep his threats in his own home. But hey, if Tom does want to claim cancel culture I guess he can take responsibility for the racist and violent things he has been doing to people on social networks. I'm not the secret keeper for abusive men who think it's appropriate to degrade me and I don't lie to top corporate lawyers in NYC for Tom Santoni. Thanks for the photo of the man who like to degrade me by talking about my panties, saying I deserved to be physically slapped...and so MUCH more. Tom should probably stick to sending women Marillion music and invites to dinner on business trips in the future or some other ridiculous game he invents. I hope you parents grow up soon because I have a LOT to say if they are claiming cancel culture over Tom's firing from The State Group. Best to you. 3h 

♡ Reply

## Yesterday

 **patman1508** started following you. 1d  [Following]

## This Week

 Your contact Lynda Lewis is on Instagram as lynda.lewis.1614460. 2d  [Follow]