# Exhibit 10

## Page 126

    1    A.  Jonathan, I'm waking up to e-mails where
    2  he's saying he's watching my Twitter account.
    3    Q.  Okay.  So --
    4    A.  So what is stalking to you?
    5    Q.  Ms. Mueller, that is very important.
    6  Have you produced those e-mails to us or to your
    7  attorneys?
    8    A.  What?
    9    Q.  Is that a true statement?
   10    A.  What?  I feel like y'all are stalking me
   11  and my family, yes.
   12    Q.  Okay.
   13    A.  That is what I -- I don't know what the
   14  formal definition of stalking is, but I feel like
   15  my family is being stalked.
   16    Q.  Okay.  So --
   17    A.  Nobody in my family -- Jonathan, nobody
   18  in my family knew who Tom Santoni was.  I've
   19  never had a conversation with anybody in my
   20  family about Tom Santoni.  But you've gone and
   21  dug up all this information about my family and
   22  probably given it to him.
   23    Q.  Ms. Mueller, the e-mails you just
   24  referenced that say that you wake up to that
   25  Mr. Santoni is stalking your account, those

## Page 127

    1  clearly fall within all the previous discovery
    2  requests that we have submitted.  We have not
    3  received any of those e-mails.
    4        Have you provided --
    5    A.  Jonathan, do you sit on my Twitter
    6  account every day?  How much -- how much time do
    7  you spend there a day?
    8    Q.  It is very simple.  Have you provided
    9  the e-mail that you just referenced or not?
   10    A.  Thank you for answering my question.
   11    Q.  They don't even exist?
   12    A.  What?
   13    Q.  Do those e-mails even exist?
   14    A.  What e-mails?
   15    Q.  The e-mails you just said you wake up
   16  to.
   17    A.  Yes.  He thinks he's being -- I wake up
   18  to e-mails where Kinley is like, do you know
   19  anything about this because Tom Santoni saw this
   20  tweet at like 8:00-something and like -- I'm just
   21  paraphrasing -- and at 10:00-something, there was
   22  like a persistent attack.  And I'm sleeping and
   23  I'm like, what the hell are you talking about?
   24  But yeah.
   25    Q.  So back to Ms. -- Attorney Monsees'

## Page 128

    1  declaration where you were bragging with the Mira
    2  Laguna account --
    3    A.  I don't brag, Jonathan.
    4    Q.  Okay.  So you --
    5    A.  Anybody who knows me knows I don't brag.
    6    Q.  Were you threatening her?
    7    A.  What?
    8    Q.  What did you mean by, "let me know when
    9  you have the balls to use your real name"?
   10    A.  Because I was -- I don't even know who I
   11  was talking to.  It was everybody was getting
   12  nasty.
   13    Q.  Everything was getting nasty.  Well --
   14    A.  If somebody wanted to come at me about
   15  the lawsuit, yeah, I wanted them to use their
   16  real names.  But that's the only thing --
   17        (SPEAKING OVER ONE ANOTHER.)
   18    A.  I blocked all on these people, so --
   19    Q.  You just tweet to Attorney Monsees, you
   20  were referring to Mr. Santoni, weren't you?
   21    A.  Had to have been.
   22    Q.  Okay.  And then you accused Attorney
   23  Monsees of stalking you.
   24    A.  I didn't know she was an attorney.
   25    Q.  It says in her Twitter bio she's an

## Page 129

    1  attorney.
    2    A.  Jonathan, I don't like -- I don't
    3  dissect Twitter accounts like you do.  I just
    4  respond to somebody tweeting at me.  I don't --
    5  you dissect Twitter way more than I do.
    6    Q.  Ms. Mueller, this is very simple.  You
    7  were referring to Mr. Santoni when you were
    8  talking to Attorney Monsees, correct?
    9    A.  Yeah.  But what does that have to do
   10  with anything?
   11    Q.  From the Mira Laguna account that you
   12  deleted --
   13    A.  What does this have to do with anything?
   14  Jonathan, I blocked her on Twitter.
   15    Q.  Ms. Mueller --
   16    A.  Because she was --
   17    Q.  -- this is the substance of this
   18  deposition is the accounts you -- the
   19  communications you deleted that was under this
   20  account.
   21    A.  Jonathan, this conversation was deleted
   22  the night it happened.  I guarantee it because I
   23  didn't want that whole -- I didn't want that
   24  whole issue on Twitter because Adam Blumenthal
   25  and all those people are on Twitter, and these

1 crazy people would have gone and tagged them and
2 brought them into it. And I didn't want that for
3 myself and for them.
4     (SPEAKING OVER ONE ANOTHER.)
5     Q.  -- is on Twitter?
6     A.  What?
7     Q.  Adam Blumenthal is on Twitter?
8     A.  Yes.
9     Q.  What's his Twitter name?
10    A.  It's in my PDF.
11    Q.  Have you talked to Adam Blumenthal on
12 Twitter?
13    A.  No. We don't talk at all.
14    Q.  Then how do you know he's on Twitter?
15    A.  Because if you just do a -- it's his
16 name.
17    Q.  Why were you looking for Adam Blumenthal
18 on Twitter?
19    A.  Because I made the complaint.
20    Q.  And you decided to look him up on
21 Twitter?
22    A.  What are you doing on Twitter?
23    Q.  I'm asking the questions here.
24    A.  Jonathan, I didn't just blindly make a
25 complaint. Yes, he's on Twitter, and I'm very

1 respectful of the fact that he's on Twitter.
2     Q.  Okay.
3     A.  Jonathan, I'm very -- Jonathan, we don't
4 talk, and I don't want to talk to him. But I'm
5 very respectful of the fact that he's on Twitter,
6 and I don't want to bring unnecessary drama to --
7     Q.  So you found -- you found the State
8 Group -- you found Mr. Blumenthal on Twitter, but
9 you haven't talked to him, correct?
10    A.  No. We do not talk at all.
11    Q.  Why did you -- why did you find him on
12 Twitter?
13    A.  Jonathan, before -- first of all,
14 Jonathan, when I made the complaint, I had to
15 figure out who to make the complaint to, and
16 that's one reason. Second of all, he's just on
17 Twitter. It's his name.
18    Q.  Did you use the Mira Laguna account to
19 do this?
20    A.  No. I've never talked to Adam
21 Blumenthal. I'm just very respectful of the fact
22 that he's on Twitter, and I don't want to bring
23 all this craziness towards him.
24    Q.  What do you mean --
25    A.  You can respect somebody without ever

1 interacting with them, Jonathan. I have -- I
2 respect the man.
3     Q.  What does it mean to be respectful?
4     A.  I don't want -- I don't want to bring my
5 complaint to his Twitter account or Twitter to
6 where they would have to make a statement about
7 it. I've been very -- I think I've been very
8 respectful to the State Group and Blue Capital in
9 this whole thing. Because if people on Twitter
10 were talking about this, they would tag Adam
11 Blumenthal and the State Group and Bennet and
12 they would drag all them into it. It's how I
13 know I haven't been doing it because I'm being
14 respectful to Adam Blumenthal, you know. He's
15 the one person who believed me when I was afraid
16 of Tom Santoni, so take it to what you want.
17    Q.  He was the one person that believed you?
18    A.  He -- he listened to me. He sent his
19 lawyers, and his lawyers listened to me and they
20 listened to my concerns and they addressed my
21 concern. It's a big deal to fire somebody from a
22 company, Jonathan.
23    Q.  Yes.
24    A.  I did not want -- I did not -- Jonathan,
25 if Tom Santoni hadn't have been fired, I would

1 have been walking around keeping secrets for
2 them.
3     Q.  So you were keeping secrets.
4     A.  Yes.
5     Q.  The State Group doesn't know you were
6 pretending to be many different people talking to
7 Mr. Santoni. They don't know you were pretending
8 to be one person, do they?
9     A.  Jonathan, I told you -- the Mira Laguna
10 account, I can easily say that was a mistake and
11 it should have been -- my complaint was on
12 Parler. Twitter doesn't even need to be on the
13 complaint.
14    Q.  How do you know Adam Blumenthal believes
15 you?
16    A.  I'm assuming -- even if he doesn't
17 believe me, he addressed the situation privately,
18 and I did it, and there was no drama and it was
19 out of my life, and I'm thankful for that, you
20 know. I'm thankful for that.
21    Q.  How does Mr. Santoni's getting fired
22 help you?
23    A.  It doesn't help me, obviously.
24    Q.  Why were you grateful he believed you?
25 You got nothing out of it, did you?

Page 133

34 (Pages 130 - 133)
www.veritext.com        Veritext Legal Solutions        800-556-8974
Case 3:21-cv-00903   Document 1-10   Filed 12/03/21   Page 3 of 3 PageID #: 339