Collective Exhibit 11

**From:** Sarah Mueller <sarah.mueller3770@gmail.com>
**Sent:** Thursday, June 11, 2020 2:53 AM
**To:** Sulds, Jonathan L. (Shld-NY-Labor-EmpLaw) <suldsj@gtlaw.com>
**Subject:** Re: Complaint - Tom Santoni, CEO of The State Group


This is Sarah Mueller. I made the complaint against Tom Santoni in December 2019 with Blue Wolf Capital and The State Group. I know the complaint and investigation is over but since COVID-19 and the recent protesting have put people in vulnerable situations, I'm sending you a short follow up. After the investigation was over, I learned that Tom Santoni's behavior seems to have extended beyond me. I reached out to one of Tom Santoni's friends privately because of concerning comments he made about him to me. His name is Tony Germann. Apparently, Tom Santoni was doing what he was telling me while working for The State Group. Tony Germann told me he, his wife, and other people were visiting the Santonis over Labor Day 2019 when Tom Santoni started doing "disturbing things." I did not press Tony Germann about what exactly he was doing because I understand what it's like to be on the receiving end of his anger. Tony Germann told me everyone left and Tom Santoni continued his behavior via text message. He mentioned alcohol was involved. Tony Germann said he has known Tom Santoni for 50 years and whatever went on that night ended a friendship. Labor Day followed the timeline of my interactions so it doesn't surprise me. Tony Germann also knew about his main Twitter account. I attached part of my conversation with Tony Germmann. It's probably not necessary but here it is anyway.

Please extend my gratitude to Blue Wolf Capital, the Board of Directors at The State Group and people on the other end of this conversation at your law practice. Please extend my gratitude to Adam Blumenthal, Bennet Grill, and Marc Dumont. It's not forgotten that I was asking people to listen and believe what I was trying to communicate about Tom Santoni. My concern about his behavior was real and you all gave me an exit to a situation I did not want to be in.

# REDACTED

**From:** Sulds, Jonathan L. (Shld-NY-Labor-EmpLaw)
**Sent:** Thursday, June 11, 2020 2:54 PM
**To:** Sarah Mueller <sarah.mueller3770@gmail.com>
**Subject:** RE: Complaint - Tom Santoni, CEO of The State Group

**Thank you. I received both emails.**

**From:** Sarah Mueller
**Sent:** Thursday, June 11, 2020 3:10 AM
**To:** Sulds, Jonathan L. (Shld-NY-Labor-EmpLaw)
**Subject:** Re: Complaint - Tom Santoni, CEO of The State Group


Jonthan,

I think one of my attachments did not upload so here it is. This is probably not necessary but be careful when it comes to Tom Santoni. Thank you all again for believing me. I wish everyone on the other end of this conversation the best with everything going on.

Sarah Mueller


Message from Tony Germann about Tom Santoni



fullsizeoutput_2325.jpeg

On Wed, Jun 10, 2020 at 11:53 PM Sarah Mueller <sarah.mueller3770@gmail.com> wrote:

> This is Sarah Mueller. I made the complaint against Tom Santoni in December 2019 with Blue Wolf Capital and The State Group. I know the

**REDACTED**

From: Sarah Mueller <sarah.mueller3770@gmail.com>
Sent: Wednesday, December 18, 2019 12:57 AM
To: Sulds, Jonathan L. (Shld-NY-Labor-EmpLaw) <suldsj@gtlaw.com>
Subject: Re: Complaint - Tom Santoni, CEO of The State Group

Hi Jonathan,

The email address I was given by Tom Santoni was [moralnorth@moralnorth.com](moralnorth@moralnorth.com)

I honestly just noticed this tonight. When I sent you the email earlier today, I did a search for the blog and email address I was given to see if it was active.
In the search results was a link for a Facebook page with the same name. I clicked on it and it's a Facebook Profile for the same blog.
The posts for this blog date back to 2011 and one of the friends on the Facebook Profile has the last name of Santoni.
The name is Vince Santoni.
Vince Santoni might be his brother. I remember him telling me his brother passed away a few years ago. The profile also says he went to school in Chicago.

I never would have noticed any of this if you had not asked me for the email address Tom Santoni gave me and I did not email you the link to his blog.

I was not expecting any of this to go past my initial email and complaint. If Tom Santoni wants to deny what I have been telling you or call me a liar, I think I deserve some
sort of explanation.


Thank you,
Sarah Mueller


**MoralNorth.com is Tom Santoni's private blog.**

Case 3:21-cv-00903   Document 1-11   Filed 12/03/21   Page 4 of 4 PageID #: 343
GT_0000079